```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ANTOINETTE E. SWIEC              *

       Plaintiff       *

       vs.             *    CIVIL ACTION NO. MJG-12-1380

OFFICE OF THE STATE'S ATTORNEY   *
FOR BALTIMORE CITY
                               *

       Defendant
\*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER RE: DISMISSAL

The Court has before it the Office of The State's Attorney for Baltimore City's Motion to Dismiss [Document 7] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The Office of The State's Attorney for Baltimore City, named as a defendant, seeks dismissal on the ground that it is not an entity capable of being sued and (as to certain claims) that Plaintiff failed to exhaust her administrative remedies. Despite being granted four extensions of the time to respond to the said motion, Plaintiff has filed no response.

The Court finds no reason to deny dismissal on the ground that the named Defendant is not an entity capable of being sued, rendering moot the issues relating to exhaustion of administrative remedies.

Accordingly:

1. GRANTED. The Office of The State's Attorney for Baltimore City's Motion to Dismiss [Document 7] is GRANTED.

2. Judgment shall be entered by separate Order.

SO ORDERED, on Friday, March 22, 2013.

/s/
Marvin J. Garbis
United States District Judge
